| | |
|---|---|
| 1 | ROBERT B. HAWK, SBN 118054 |
| | HOGAN LOVELLS US LLP |
| 2 | 4085 Campbell Avenue, Suite 100 |
| | Menlo Park, CA 94025 |
| 3 | Tel:  (650) 463-4000 |
| | Fax:  (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |
| 5 | HELEN TRAC, SBN 285824 |
| | HOGAN LOVELLS US LLP |
| 6 | 3 Embarcadero Center, Suite 1500 |
| | San Francisco, CA 94111 |
| 7 | Tel: (415) 374-2300 |
| | Fax: (415) 374-2499 |
| 8 | helen.trac@hoganlovells.com |
| 9 | JAMES TANSEY, SBN 293332 |
| | HOGAN LOVELLS US LLP |
| 10 | 100 International Drive |
| | Baltimore, MD 21202 |
| 11 | Tel: (410) 659-2700 |
| | james.tansey@hoganlovells.com |

*Attorneys for Defendant*
Mercedes-Benz USA, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE FERRARI, MIKE KEYNEJAD, and PATRICIA RUBIN, individually and as representatives of the Class of Persons similarly situated, | Case No. 4:17-cv-18 |
| Plaintiffs, | **NOTICE OF RELATED CASES** |
| v. | |
| AUTOBAHN, INC. DBA AUTOBAHN MOTORS; MERCEDES-BENZ USA, LLC; SONIC AUTOMOTIVE, INC.; AND SPEEDWAY MOTORSPORTS, INC, | |
| Defendants. | |

1   TO THE COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE that on January 4, 2017, Mercedes-Benz USA, LLC ("MBUSA") filed a Notice of Removal, pursuant to 28 U.S.C. § 1453 *et seq.* from the Superior Court of the State of California for the County of San Mateo.

3   1.   MBUSA is informed and believes that *Ferrari, et al. v. Autobahn, Inc., et al.*, Case No. 4:15-CV-04379-YGR, is related to the instant Removal because:

a.   Both cases involve overlapping plaintiffs: Steve Ferrari, Mike Keynejad, Hooshang Jowza, Celso Frazao, Renuka Narayan, Gertrud Frankrone, Ernest Salinas, Kalkhusan Sareen, Hossein Jalali, Ron Wolfe, Sohrab Rahimzadeh, Fred Grant, Ester Grant, Jessica Langridge, Tony Nicolosi, Donald Lyang, Artur Semichev, John Diaz, Harold Fethe and Ray Gapasin.

b.   Both cases involve the same defendants: Autobahn, Inc., MBUSA, Sonic Automotive, Inc. and Speedway Motorsports, Inc.

c.   Both cases involve the same or similar claims based on the same or similar alleged conduct: violation of California Business & Professions Code Section 17500, Fraud-intentional misrepresentation, Fraud-concealment, Negligent Misrepresentation, violation of California Business & Professions Code Section 17200 and Negligence, all relating to the alleged use of non-OEM parts in the vehicles of Autobahn, Inc. and Sonic Automotive, Inc. customers.

2.   MBUSA will file an Administrative Motion to Consider Whether the Cases Should Be Related.

3.   Other than *Ferrari, et al. v. Autobahn, Inc., et al.*, Case No. 4:15-CV-04379-YGR, based on information and belief, MBUSA states that there are no related cases previously filed or currently pending in the Northern District of California.

1
2  Dated: January 4, 2017                HOGAN LOVELLS US LLP
3
                                         By:  */s/ Robert B. Hawk*
4                                             Robert B. Hawk
5                                             Attorneys for Defendant
                                              MERCEDES-BENZ USA, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28