UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE FERRARI, ET AL.,

    Plaintiffs,

v.

MERCEDES BENZ USA, LLC, et al.,

    Defendants.

Case No. 17-cv-00018-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 11, 2017 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | November 17, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | August 8, 2017 |
| PLAINTIFF MOTION FOR CLASS CERTIFICATION TO BE HEARD BY: | 4/17/18 at 2:00pm [Filed by 1/30/18] Opposition filed 3/1/18; Reply filed 3/30/18 |
| COMPLIANCE HEARING re NAME OF MEDIATOR: | Friday, August 25, 2017 at 9:01 a.m. |
| COMPLIANCE HEARING re MEET AND CONFER ON DISCOVERY ISSUES: | 11/3/2017 at 9:01am [Joint Statement by 10/27/17] |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by August 18, 2017 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, August 25, 2017 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By August 18, 2017, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 2, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge