| | |
|---|---|
| Herman Franck, Esq. (SB #123476) | Bruce Nye, Esq. (SBN 77608) |
| Elizabeth Betowski, Esq. (SB #245772) | Monica J. Baumann, Esq. (SBN 269514) |
| FRANCK & ASSOCIATES | Jade F. Jurdi, Esq. (SBN 273401) |
| 910 Florin Road, Suite 212 | SCALI RASMUSSEN |
| Sacramento, CA 95831 | 1901 Harrison Street, 14th Floor |
| Tel. (916) 447-8400 | Oakland, California 94612 |
| Fax (916) 447-0720 | Phone No.: (510) 248-4755 |
| | Fax No.: (213) 239-5623 |
| Janet Varnell, Esq. | bnye@scalilaw.com |
| Brian Warwick, Esq. | mbaumann@scalilaw.com |
| David Lietz, Esq. | jjurdi@scalilaw.com |
| Varnell & Warwick, P.A | |
| Complex Consumer Litigation | Daniel F. Katz (*pro hac vice*) |
| P.O. Box 1870 | F. Greg Bowman (*pro hac vice*) |
| Lady Lake, FL 32158 | Juli Ann Lund (*pro hac vice*) |
| Telephone: 352-753-8600; | Mary Beth Hickcox-Howard (*pro hac vice*) |
| Fax: 352-504-3301 | WILLIAMS & CONNOLLY LLP |
| bwarwick@varnellandwarwick.com | 725 12th St. NW |
| ivarnellavarnellandwarwiek.com | Washington, DC 20001 |
| | Phone No.: (202) 434-5000 |
| *Attorneys for Plaintiffs* | Fax No.: (202) 434-5029 |
| Steve Ferrari, Mike Keynejad et al. | dkatz@wc.com |
| | jlund@wc.com |
| Regina M. Rodriguez (*pro hac vice*) | mhickcox-howard@wc.com |
| HOGAN LOVELLS US LLP | |
| 4085 Campbell Avenue, Suite 100 | *Attorneys for Defendants* |
| Menlo Park, CA 94025 | AUTOBAHN, INC. and SONIC |
| Tel: (303) 899-7338 | AUTOMOTIVE, INC |
| Fax: (303) 899-7333 | |
| Regina.rodriguez@hoganlovells.com | |

*Attorneys for Defendant*
Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FERRARI, et al., ) | Case No. 4:17-CV-00018-YGR |
| ) | ORDER GRANTING |
| Plaintiffs, ) | **STIPULATION ~~AND [PROPOSED]~~** |
| ) | **~~ORDER~~ STAYING PROCEEDINGS TO** |
| v. ) | **PERMIT FURTHER MEDIATION** |
| ) | |
| AUTOBAHN, INC. DBA AUTOBAHN ) | AS MODIFIED BY THE COURT |
| MOTORS; MERCEDES-BENZ USA, LLC; ) | |
| AND SONIC AUTOMOTIVE, INC. ) | The Honorable Yvonne Gonzalez Rogers |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

1  WHEREAS, Plaintiffs in the above-named action have filed suit against Defendants Autobahn, Inc., Sonic Automotive, Inc. (collectively, "the Autobahn Defendants"), and Mercedes-Benz USA, LLC ("MBUSA");

WHEREAS, Plaintiffs filed their Third Amended Complaint on February 6, 2018;

WHEREAS, Defendants' deadline to respond to the Third Amended Complaint is February 27, 2018;

WHEREAS, on November 8, 2017, the parties participated in a mediation session with retired Judge Raul Ramirez of ADR Services, Inc.;

WHEREAS, Plaintiffs and the Autobahn Defendants have engaged in further settlement discussions subsequent to the November mediation session;

WHEREAS, Plaintiffs and the Autobahn Defendants believe that negotiations have progressed to a point where a further mediation session with Judge Ramirez will be productive;

WHEREAS, Plaintiffs and the Autobahn Defendants have agreed upon a framework for further discussions in a second mediation session before Judge Ramirez that would address all claims against the Autobahn Defendants as well as potentially narrow the scope of the claims remaining against MBUSA;

WHEREAS, Plaintiffs and the Autobahn Defendants have agreed to schedule a further mediation session with Judge Ramirez in Sacramento on March 9, 2018, which is the first available date on Judge Ramirez's calendar;

WHEREAS, in light of the above, the parties agree and respectfully request that all non-settlement related proceedings, including the deadline for Defendants to respond to the Third Amended Complaint, should be stayed pending the conclusion of the further mediation, to permit the parties to focus their efforts on seeking to resolve and/or narrow the claims in this action.

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that:

1. All non-settlement proceedings, including the deadline for Defendants to respond to the Third Amended Complaint, shall be stayed until further Order of the Court.

2. The Case Management Conference set for March 26, 2019 shall be taken off calendar.

3. The parties shall submit a status report to the Court on the earlier of: April 9, 2018 or five days after agreeing on resolution of some or all of the claims in the case.

4. Any party wishing to lift the stay of proceedings may file a request with the Court seeking such relief.

**IT IS SO STIPULATED.**

Dated: February 21, 2018						HOGAN LOVELLS US LLP

								By: /s/ Regina M. Rodriguez
								    REGINA M. RODRIGUEZ
								*Attorneys for Defendants*
								Mercedes-Benz USA, LLC

Dated: February 21, 2018						VARNELL & WARWICK, P.A.

								By: /s/ David Lietz
								    DAVID LIETZ
								*Attorneys for Plaintiffs*
								STEVE FERRARI
								MICHAEL KEYNEJAD, ET AL.

Dated: February 21, 2018						WILLIAMS & CONNOLLY LLP

								By: /s/ F. Greg Bowman
								    F. GREG BOWMAN
								*Attorneys for Defendants*
								AUTOBAHN, INC. and SONIC AUTOMOTIVE INC.

ORDER

Pursuant to stipulation, this action is stayed through April 30, 2018. The March 26, 2018 case management conference is VACATED. A compliance hearing regarding the status of settlement is set for April 27, 2018, on the Court's 9:01 a.m. calendar. The parties shall file a joint statement regarding the status of their negotiations no later than April 20, 2018.

IT IS SO ORDERED.

Date: February 26, 2018

								YVONNE GONZALEZ ROGERS
								United States District Judge