# **EXHIBIT C**

**Autobahn Settlement**
P.O. Box ####
Blue Bell, PA  19422

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**

*A FEDERAL COURT ORDERED THIS NOTICE.  IT IS NOT A SOLICITATION.*

**NOTICE OF CLASS ACTION SETTLEMENT – YOUR LEGAL RIGHTS MAY BE AFFECTED**

A partial settlement has been preliminarily approved in *Ferrari v. Autobahn, Inc.*, No. 4:17-cv-0018-YRG (N.D. Cal.), a class action on behalf of consumers who brought cars to Autobahn Motors for service from January 1, 2005 to February 28, 2018, and/or purchased a certified pre-owned vehicle from January 1, 2007 to December 31, 2012, according to Autobahn's records.  The Plaintiffs in the case asserted that Autobahn failed to properly disclose when it used non-Genuine parts in the service, repair, or sale of Mercedes Benz vehicles.  They alleged that this practice violated California law.

NAME
ADDRESS1
ADDRESS2
CITY, STATE  ZIP

As described more fully in the documents posted at [URL], you are eligible for one or more vouchers (from $5 to $50), which may be used for service at Autobahn or redeemed for check(s) between $2.34 and $20.55, depending on when and how many times you visited the dealership, among other factors. If you purchased a product called zMax, or purchased a CPO vehicle into which zMAX may have been added, you may also submit a claim for an additional $40.00 voucher (redeemable for $15.98).

Further information is available at [URL]. You may also contact the Settlement Administrator with questions at [phone number].

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: ||
|---|---|
| **DO NOTHING** | If the Court approves the settlement and you do nothing, one or more service vouchers in amounts between $5 and $50 will be sent to you. You give up the right to sue the Released Parties and Partially Released Entities for the Released Claims, as those terms are defined in the Settlement Agreement. |
| **EXCLUDE YOURSELF** | You will not receive any benefit from this Settlement; however, you retain any right to file a separate lawsuit. You should not delay if you plan to seek relief on your own.<br><br>To exclude yourself, you must sign and mail a **written request** to the Settlement Administrator at [address] stating your name, address, and "I request exclusion from the class in *Ferrari v. Autobahn, Inc*., 4:17-cv-0018-YRG (N.D. Cal.)." **Requests for exclusion must be signed and postmarked by [30 days after prelim approval].** |
| **OBJECT** | You remain a class member, but write to the Court and explain why you do not think the settlement is fair, reasonable, and/or adequate. Details for how and when to object can be found at [URL]. Objections must be filed and served by [30 days after prelim approval]. |