# **EXHIBIT D**

**Autobahn Settlement**
P.O. Box ####
Blue Bell, PA  19422

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**

**zMax Claim Form**
*Steve Ferrari v. Autobahn, Inc.,*
Case No. 4:17-cv-00018-YGR

*A FEDERAL COURT ORDERED THIS CLAIM FORM TO BE SENT.  IT IS NOT A SOLICITATION.*

NAME
ADDRESS1
ADDRESS2
CITY, STATE  ZIP

According to the records of Autobahn Motors, you may have purchased a product known as zMax or had zMax added to your vehicle during the reconditioning process.

If you would not have purchased zMax or chosen to have it added to your automobile if you had understood that zMax had not been endorsed or approved by Mercedes-Benz, and so certify below, you will receive a $40 voucher towards any service at Autobahn by completing this form in its entirety.*

For more information, visit [URL]

*By signing below, I hereby attest that I would not have purchased zMax or chosen to have it added to my automobile if I had understood that zMax had not been endorsed or approved by Mercedes-Benz.*

_____
Print Name

_____
Sign

Current Mailing Address:
_____
_____
_____
_____

Email Address:
_____

Telephone Number:
_____

*Autobahn has no obligation to make multiple payments to co-buyers, co-lessees, or co-borrowers.  By signing this form, you agree that you are responsible for resolving any such disputes with your co-buyer, co-lessee, or co-borrower.