# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE FERRARI, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MERCEDES BENZ USA, LLC, ET AL.,**<br><br>Defendants**.** | CASE NO. 17-cv-00018-YGR<br><br>**ORDER DIRECTING SUBMISSION OF SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL** |

On May 4, 2018, plaintiffs filed a motion for preliminary approval of class action settlement and to certify the class. The Court has implemented a process to gather additional information to aid it in its assessment of the settlement and to require an audit after distributions. Plaintiffs' counsel is directed to provide further information as set forth below by **June 5, 2018**. The information should be provided in a summary chart format, preferably similar to that shown in Appendix A hereto from William B. Rubenstein, *The Fairness Hearing: Adversarial and Regulatory Approaches*, 53 UCLA L. REV. 1435, 1460 (2006).[1] To the extent that plaintiff seeks reimbursement for expert fees, such fees shall be separately identified. Likewise, to the extent that relief differs for separate classes or subclasses, the settlement fund information shall be broken down accordingly.

**IT IS SO ORDERED**.

Dated: May 10, 2018

*(signature)*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Counsel are referred to further discussion on these issues in Nicholas M. Pace and William Rubenstein, "Shedding Light on Outcomes in Class Actions," in CONFIDENTIALITY, TRANSPARENCY, AND THE U.S. CIVIL JUSTICE SYSTEM, Ch. 2 (Joseph W. Doherty, Robert T. Reville, and Laura Zakaras, eds., Oxford University Press, 2008).