Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
FRANCK & ASSOCIATES
910 Florin Road, Suite 212
Sacramento, CA 95831
Tel. (916) 447-8400
Fax (916) 447-0720

Janet Varnell, Esq.
Brian Warwick, Esq.
David Lietz, Esq.
Varnell & Warwick, P.A
Complex Consumer Litigation
P.O. Box 1870
Lady Lake, FL 32158
Telephone: 352-753-8600;
Fax: 352-504-3301
bwarwick@varnellandwarwick.com
ivarnellavarnellandwarwiek.com

*Attorneys for Plaintiffs*
Steve Ferrari, Mike Keynejad et al.

Regina M. Rodriguez (*pro hac vice*)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Tel:  (303) 899-7338
Fax:  (303) 899-7333
Regina.rodriguez@hoganlovells.com

*Attorneys for Defendant*
Mercedes-Benz USA, LLC

Bruce Nye, Esq. (SBN 77608)
Monica J. Baumann, Esq. (SBN 269514)
Jade F. Jurdi, Esq. (SBN 273401)
SCALI RASMUSSEN
1901 Harrison Street, 14th Floor
Oakland, California 94612
Phone No.: (510) 248-4755
Fax No.: (213) 239-5623
bnye@scalilaw.com
mbaumann@scalilaw.com
jjurdi@scalilaw.com

Daniel F. Katz (*pro hac vice*)
F. Greg Bowman (*pro hac vice*)
Juli Ann Lund (*pro hac vice*)
Mary Beth Hickcox-Howard (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, DC 20001
Phone No.: (202) 434-5000
Fax No.: (202) 434-5029
dkatz@wc.com
fbowman@wc.com
jlund@wc.com
mhickcox-howard@wc.com

*Attorneys for Defendants*
AUTOBAHN, INC. and SONIC
AUTOMOTIVE, INC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FERRARI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>AUTOBAHN, INC. DBA AUTOBAHN MOTORS; MERCEDES-BENZ USA, LLC; AND SONIC AUTOMOTIVE, INC.<br><br>          Defendants. | Case No.  4:17-CV-00018-YGR<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL AND CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers |

WHEREAS, Plaintiffs in the above-named action have moved for preliminary approval of a class action settlement with Defendants Autobahn, Inc. and Sonic Automotive, Inc. and certification of a settlement class;

WHEREAS, the hearing was originally scheduled for July 10, 2018;

WHEREAS, the Court ordered further briefing on the motion and continued the hearing to July 17, 2018;

WHEREAS, Plaintiffs' counsel has a previously scheduled oral argument in Alaska on that date;

WHEREAS, counsel for all parties are available on July 31, 2018, the next available date on the Court's calendar;

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that the **hearing be CONTINUED until July 31, 2018 at 2:00 P.M.**

**IT IS SO STIPULATED.**


Dated:  June 21, 2018                    HOGAN LOVELLS US LLP

                                         By: /s/ Regina M. Rodriguez
                                             REGINA M. RODRIGUEZ
                                         *Attorneys for Defendants*
                                         Mercedes-Benz USA, LLC

Dated:  June 21, 2018                    VARNELL & WARWICK, P.A.

                                         By: /s/ Brian Warwick
                                             BRIAN WARWICK
                                         *Attorneys for Plaintiffs*
                                         STEVE FERRARI,
                                         MICHAEL KEYNEJAD, ET AL.

Dated:  June 21, 2018                    WILLIAMS & CONNOLLY LLP

                                         By: /s/ Mary Beth Hickcox-Howard
                                             MARY BETH HICKCOX-HOWARD
                                         *Attorneys for Defendants*
                                         AUTOBAHN, INC. and
                                         SONIC AUTOMOTIVE INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

PURSUANT TO STIPULATION, j gctkpi "qp"\j g"O qvkqp"hqt"Rtgnko kpct{"Crr tqxcrku"

EQP VKP WGF "\q"Lwn{ "53. "423: "cv"4<22 "RO 0""IT IS SO ORDERED.

Date: ___June 25___, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge

Stipulation Continuing Hearing
Case No. 4:17-CV-00018-YGR