Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
FRANCK & ASSOCIATES
910 Florin Road, Suite 212
Sacramento, CA 95831
Tel. (916) 447-8400;
Fax (916) 447-0720

Janet Varnell, Esq.
Brian Warwick, Esq.
Varnell & Warwick, P.A
Complex Consumer Litigation
P.O. Box 1870
Lady Lake, FL 32158
Telephone: 352-753-8600;
Fax: 352-504-3301
bwarwick@varnellandwarwick.com
ivarnellavarnellandwarwiek.com

*Attorneys for Plaintiffs*
Steve Ferrari, Mike Keynejad et al.

Regina M. Rodriguez (*pro hac vice*)
HOGAN LOVELLS US LLP
1601 Wewatta St., Suite 900
Denver, CO 80202
Tel:  (303) 899-7338
Fax:  (303) 899-7333
Regina.rodriguez@hoganlovells.com

*Attorneys for Defendant*
Mercedes-Benz USA, LLC

Bruce Nye, Esq. (SBN 77608)
Monica J. Baumann, Esq. (SBN 269514)
Jade F. Jurdi, Esq. (SBN 273401)
SCALI RASMUSSEN
1901 Harrison Street, 14th Floor
Oakland, California 94612
Phone No.: (510) 248-4755
Fax No.: (213) 239-5623
bnye@scalilaw.com
mbaumann@scalilaw.com
jjurdi@scalilaw.com

Daniel F. Katz (*pro hac vice*)
F. Greg Bowman (*pro hac vice*)
Juli Ann Lund (*pro hac vice*)
Mary Beth Hickcox-Howard (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, DC 20001
Phone No.: (202) 434-5000
Fax No.: (202) 434-5029
dkatz@wc.com
jlund@wc.com
mhickcox-howard@wc.com

*Attorneys for Defendants*
AUTOBAHN, INC. and SONIC
AUTOMOTIVE, INC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FERRARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTOBAHN, INC. DBA AUTOBAHN MOTORS; MERCEDES-BENZ USA, LLC; AND SONIC AUTOMOTIVE, INC. <br><br> Defendants. | Case No.  4:17-CV-00018-YGR <br> **ORDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ EXTENDING TIME TO RESPOND TO FOURTH AMENDED COMPLAINT** <br><br> The Honorable Yvonne Gonzalez Rogers |

WHEREAS, Plaintiffs in the above-named action have filed suit against Defendants Autobahn, Inc., Sonic Automotive, Inc. (collectively, "the Autobahn Defendants"), and Mercedes-Benz USA, LLC ("MBUSA");

WHEREAS, Plaintiffs have moved for preliminary approval of a class action settlement with the Autobahn Defendants and certification of a settlement class;

WHEREAS, Plaintiffs filed a Fourth Amended Complaint to give effect to the class action settlement;

WHEREAS, the preliminary approval hearing was originally scheduled for July 10, 2018;

WHEREAS, the Court ordered further briefing on the motion and continued the hearing to July 17, 2018;

WHEREAS, due to scheduling conflicts of Plaintiffs' counsel, the Parties filed a stipulated request to continue the hearing until July 31, 2018, which the Court granted;

WHEREAS, MBUSA's deadline to respond to the Fourth Amended Complaint is June 29, 2018;

WHEREAS, in light of the above, the parties agree and respectfully request that MBUSA's deadline to respond to the Fourth Amended Complaint should be continued until August 10, 2018, in order to permit the parties to resolve and/or narrow the claims in this action based on the status of the case after the preliminary approval hearing;

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that MBUSA's deadline to respond to the Fourth Amended Complaint be continued until August 10, 2018.

**IT IS SO STIPULATED.**

Dated:  June 26, 2018                    HOGAN LOVELLS US LLP

By: /s/ Regina M. Rodriguez
REGINA M. RODRIGUEZ
*Attorneys for Defendants*
Mercedes-Benz USA, LLC

| | | |
|---|---|---|
| 1 | Dated: June 26, 2018 | VARNELL & WARWICK, P.A. |
| 2 | | By: /s/ Brian Warwick |
| 3 | | BRIAN WARWICK<br>*Attorneys for Plaintiffs* |
| 4 | | STEVE FERRARI<br>MICHAEL KEYNEJAD, ET AL. |

Dated: June 26, 2018                    WILLIAMS & CONNOLLY LLP

By: /s/ F. Greg Bowman
    F. GREG BOWMAN
*Attorneys for Defendants*
AUTOBAHN, INC. and SONIC AUTOMOTIVE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: \_\_\_June 27\_\_\_, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge