Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
**FRANCK & ASSOCIATES**
910 Florin Road, Suite 212
Sacramento, CA 95831
Tel. (916) 447-8400; Fax (916) 447-0720

Janet R. Varnell, (Admitted Pro Hac Vice)
Brian W. Warwick, (Admitted Pro Hac Vice)
David Lietz (Admitted Pro Hac Vice)
**VARNELL & WARWICK, P.A.**
P.O. Box 1870
Lady Lake, FL 32158
Tel. (352) 753-8600; Fax (352) 504-3301

Attorneys for Plaintiffs Steve Ferrari, Mike Keynejad et al.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FERRARI, MIKE KEYNEJAD, and PATRICIA RUBIN, HAROLD FETHE individually and as a representative of the Class of Persons similarly Situated; HOOSHANG JOWZA, CELSO FRAZAO, RENUKA NARAYAN, GERTRUD FRANKRONE, ERNEST SALINAS, KALKHUSAN SAREEN, HOSSEIN JALALI, RON WOLFE, SOHRAB RAHIMZADEH, FRED GRANT, ESTER GRANT, VINCENT LEUNG, KEN WONG, JESSICA LANGRIDGE, TONY NICOLOSI, DONALD LYANG, ARTUR SEMICHEV, JOHN DIAZ; RAY GAPASIN;<br><br>Plaintiffs,<br><br>v.<br><br>AUTOBAHN, INC. DBA AUTOBAHN MOTORS; MERCEDES-BENZ USA, LLC; SONIC AUTOMOTIVE, INC.<br><br>Defendants | Case No. 17-CV-00018-YGR<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS AND CONDITIONS TO SETTLEMENT BY HOOSHANG JOWZA**<br><br>The Honorable Yvonne Gonzalez Rogers |

*Ferrari v. Autobahn Motors.*
Notice of Jowza Withdrawal of Objections to Settlement

1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3  TAKE NOTICE of the attached withdrawal of Conditions/objections by Hooshang Jowza.

6  Respectfully submitted,                                                    Date: December 11, 2018

9  //s// Herman Franck, Esq.
   Herman Franck, Esq.
   Attorney for Plaintiffs
   Steve Ferrari et al.

27  *Ferrari v. Autobahn Motors.*
    Notice of Jowza Withdrawal of Objections to Settlement

    2

# LIST OF EXHBITS

Exhibit A: Withdrawal of objections and conditions signed by Hooshang Jowza

Hooshang Jowza
1102 Shoreline Drive
San Mateo, CA 94404

December 7, 2018

**Re: Ferrari et al. v. Autobahn Motors et al., USDC, NDCA Case No. 17-cv-00018-YGR**
**Withdrawal of Conditions/Objections to Autobahn Motors/Sonic Automotive Settlement**

To the Court:

I have resolved my issues regarding the settlement agreement with Autobahn Motors and Sonic Automotive, and hereby WITHDRAW my previously-filed statement of objections and conditions to the settlement agreement.

Regards,

_____
Hooshang Jowza,
Plaintiff