# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FERRARI, et al., | Case No. 4:17-CV-00018-YGR |
| Plaintiffs, | **PARTIAL JUDGMENT ENTERED PURSUANT TO CLASS ACTION SETTLEMENT** |
| v. | |
| AUTOBAHN, INC. DBA AUTOBAHN MOTORS; MERCEDES-BENZ USA, LLC; AND SONIC AUTOMOTIVE, INC. | |
| Defendants. | |

**IT IS ORDERED, ADJUDGED, AND DECREED** that, except as provided in the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Settlement, etc. ("Order"), entered this date, this action is **DISMISSED WITH PREJUDICE** and plaintiffs shall take nothing by their complaint against defendants Autobahn Inc. dba Autobahn Motors and Sonic Automotive, Inc. **only**.

There is no just reason for delay in the entry of this Judgment, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED.**

Dated January 23, 2019

**YVONNE GONZALEZ ROGERS**
United States District Judge