1  Herman Franck, Esq. (SB #123476)
   Elizabeth Betowski, Esq. (SB #245772)
2  **FRANCK & ASSOCIATES**
   910 Florin Road, Suite 212
3  Sacramento, CA 95831
   Tel. (916) 447-8400; Fax (916) 447-0720
4
   Janet R. Varnell, (Admitted Pro Hac Vice)
5  Brian W. Warwick, (Admitted Pro Hac Vice)
   **VARNELL & WARWICK, P.A.**
6  P.O. Box 1870
   Lady Lake, FL 32158
7  Telephone: (352) 753-8600
   Facsimile: (352) 504-3301
8
   Class Counsel
9
                    UNITED STATES DISTRICT COURT
10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 STEVE FERRARI, et al.,                    Case No. 17-CV-00018-YGR

12                         Plaintiffs,
                                            [~~PROPOSED~~] ORDER GRANTING
13 v.                                        PLAINTIFFS' MOTION FOR
                                            APPROVAL OF *CY PRES* RECIPIENT
14 Autobahn, Inc. dba Autobahn Motors;
   Mercedes-Benz USA, LLC; and SONIC        The Honorable Yvonne Gonzalez Rogers
15 AUTOMOTIVE, INC.,                         Date: October 22, 2019
                                            Time: 2 P.M.
16                         Defendants        Courtroom: 1

17

18
          This matter came before the Court on Plaintiffs' Motion for Approval of *Cy Pres*
19
   Recipient, which sought the Court's approval of the distribution of $1,622.88 in funds associated
20
   with uncashed checks be distributed to Bay Area Legal Aid pursuant to Paragraph 28 of the
21
   Settlement Agreement.  The Court finds that Bay Area Legal Aid is an appropriate charity to
22
   receive the *cy pres* funds because its mission matches the "purposes of the underlying lawsuit
23
   and the class of plaintiffs involved," taking into consideration the "geographic distribution of the
24
   class."  *See Nachshin v. AOL, LLC*, 663 F.3d 1034, 1039–1040 (9th Cir. 2011) (citing *Six*
25
   *Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301 (9th Cir. 1990)).  This lawsuit
26
27
   pursued consumer protection claims on behalf of customers of a Belmont, California car
28

dealership, a class overwhelmingly located in the Bay Area, while Bay Area Legal Aid serves clients in consumer protection cases in seven Bay Area counties. Additionally, Class Counsel has assured the Court that neither Class Counsel nor the Autobahn Defendants' counsel has any connection to Bay Area Legal Aid.

Consistent with Paragraph 28 of the Settlement Agreement, it is hereby ORDERED that:

(1)     Bay Area Legal Aid is approved as the recipient of the *cy pres* funds;

(2)     The Settlement Administrator shall pay the funds associated with all non-negotiated checks to Bay Area Legal Aid; and

(3)     The Settlement Class members have waived and abandoned any ownership interest in the uncashed checks and any and all associated funds.

**IT IS SO ORDERED.**

Dated ___October 15, 2019___

YVONNE GONZALEZ ROGERS
United States District Judge