Bruce Nye, Esq. (SBN 77608)
Monica J. Baumann, Esq. (SBN 269514)
Jade F. Jurdi, Esq. (SBN 273401)
SCALI RASMUSSEN
1901 Harrison Street, 14th Floor
Oakland, California 94612
Phone No.: (510) 248-4755
Fax No.: (213) 239-5623
bnye@scalilaw.com
mbaumann@scalilaw.com
jjurdi@scalilaw.com

Daniel F. Katz (*pro hac vice*)
F. Greg Bowman (*pro hac vice*)
Juli Ann Lund (*pro hac vice*)
Mary Beth Hickcox-Howard (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, DC 20001
Phone No.: (202) 434-5000
Fax No.: (202) 434-5029
dkatz@wc.com
fbowman@wc.com
jlund@wc.com
mhickcox-howard@wc.com

Attorneys for Defendants
AUTOBAHN, INC. and SONIC AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FERRARI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>AUTOBAHN, INC. dba AUTOBAHN MOTORS, et al.,<br><br>　　　　　　Defendants. | No. 4:17-cv-00018-YGR<br><br>**FINAL CLASS ACTION DISTRIBUTION REPORT**<br><br>Date: March 6, 2020 Compliance Hearing<br>Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Yvonne Gonzales Rogers |

Pursuant to the Court's January 23, 2019 Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and Certification of Settlement Class; and for Attorney Fees and Class Representative Awards; Setting Compliance re: Accounting (Dkt. 176), and the Northern District of California's Procedural Guidance for Class Action Settlements, Defendants Autobahn, Inc. and Sonic Automotive Inc. hereby submit the following Final Report:

| POST-DISTRIBUTION ACCOUNTING | |
|---|---|
| Total settlement amount | $1.9 million |
| Total number of class members | 50,310 |
| Number of class members noticed | 49,884 (99%) |
| Number and percentage of claim forms submitted (Only class 2 members were required to submit claims; classes 1 and 3 were able to elect to receive checks rather than vouchers) | Classes 1, 2, and 3: 2,193 (4.36%)<br>Class 2 only: 460 (4.97%) |
| Number and percentage of opt-outs | 3 opt-outs (<0.01%) |
| Number and percentage of objections | 1 withdrawn objection (0%) |
| Average recovery per claimant | $23 |
| Median recovery per claimant | $20 |
| Largest and smallest amounts paid to class members | Smallest-$5 voucher or $2.34 check<br>Largest-$140 voucher or $57.08 check |
| Method(s) of notice and the method(s) of payment to class members | Notice by email and/or U.S. Mail. Checks by U.S. Mail. Vouchers by email or U.S. Mail. |
| Number and value of checks distributed | 2,001 checks distributed, total value $27,240 |
| Number and value of checks not cashed | 161 checks uncashed, total value $1,622.88 |
| Amount distributed to the cy pres recipient | $1,622.88 |
| Administrative costs | $116,000 |
| Attorneys' fees | $577,000 |
| Attorneys' fees and costs | $599,000 |
| Attorneys' fees in terms of percentage of total settlement | 30% |
| Attorneys' fees and costs in terms of percentage of total settlement | 31.5% |
| Multiplier, if any | 1/3 (fees were less than lodestar) |
| Number of class members who used vouchers* | 966 |
| Aggregate value of the vouchers used* | $39,144.65 as of 2/22/2020 |

(*) Vouchers were distributed March 26, 2019, and are redeemable for one year, or until March 25, 2020.

1  DATED: February 25, 2020

2  Respectfully submitted,

3  By: /s/ F. Greg Bowman

4  Daniel F. Katz (*pro hac vice*)
   F. Greg Bowman (*pro hac vice*)
5  Juli Ann Lund (*pro hac vice*)
   Mary Beth Hickcox-Howard (*pro hac vice*)
6  WILLIAMS & CONNOLLY LLP

7  Attorneys for Defendants Autobahn, Inc. and Sonic
8  Automotive, Inc.